HOLSEY *et al. v.* PORTER, administratrix, *et al.*

LEWIS, J. 1. Where a case has been tried by a jury and a verdict rendered therein, and the losing party desires to have the correctness of the verdict reviewed by this court, a motion for a new trial is indispensable.

2. There being no error of law complained of, and a review of the verdict being sought by direct bill of exceptions without a motion for a new trial, the writ of error is dismissed. *Sanders* v. *State,* 84 *Ga.* 217, and cases cited; *Ford* v. *Wilson,* 85 *Ga.* 109; *Gibson* v. *Maxwell,* Id. 235; *Hyfield* v. *Sims,* 87 *Ga.* 280.

*Writ of error dismissed. All the Justices concurring, except Lumpkin, P. J., and Little, J., absent.*

Argued October 20,—Decided November 25, 1898.

*J. J. Bull,* for plaintiffs in error.

*J. L. Willis* and *McNeill & Levy,* contra.

---

THORNTON *v.* PERRY.

FISH, J. The court has no authority to direct a verdict, except where there is no conflict in the evidence, and where, with all reasonable deductions or inferences therefrom, a particular verdict is demanded. Civil Code, §5331. The evidence in this case does not bring it within the exception.

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., and Little, J., absent.*

Submitted October 22, —Decided November 25, 1898.

Levy and claim. Before Judge Sheffield. Terrell superior court. May term, 1898.

*Wooten & Wooten,* for plaintiff in error.

*J. H. Guerry* and *J. A. Lang,* contra.